Matter of Miller v Boyden (2024 NY Slip Op 02647)

Matter of Miller v Boyden

2024 NY Slip Op 02647

Decided on May 10, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

374 CAF 23-00442

[*1]IN THE MATTER OF REBECCA H. MILLER, PETITIONER-RESPONDENT,
v
DANIEL J. BOYDEN, RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

CAITLIN M. CONNELLY, BUFFALO, FOR RESPONDENT-APPELLANT.
KELLY M. FORST, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Ontario County (Brian D. Dennis, J.), entered February 6, 2023, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, suspended the visitation of respondent with respect to the subject child. 
It is hereby ORDERED that said appeal is unanimously dismissed
without costs (see Matter of Eric D. [appeal No. 1], 162 AD2d 1051, 1051 [4th Dept 1990]).
Entered: May 10, 2024
Ann Dillon Flynn
Clerk of the Court